Deborah LAMB, John Mecca, Pro Se
as Soverign People of the United
States, Plaintiffs-Appellants,

v.

Andrew M. CUOMO, The Governor for
N.Y.S., Howard A. Zucker, The Public
Health Commissioner for N.Y.S., Eric
T. Schneiderman, The Attorney Gener-
al for N.Y.S, Janet Difiore, The Chief
Judge and The Head of the New York
State Court System, County of Suf-
folk, The Municipality, Steve Bellone,
The Suffolk County Executive, Thom-
as J. Spota, The Suffolk County Dis-
trict Attorney, Ann Marie Csorny, The
Acting Director Suffolk County Men-
tal Hygiene, Dr. James L. Tomarken,
The Suffolk County Commissioner of
Public Health, John F. O'Neill, The
Suffolk County Commissioner of Suf-
folk County Social Services, Timothy
D. Sini, The Suffolk County Police
Commissioner, Vincent F. Demarco,
The Suffolk County Sheriff, Judith A.

Pascale, The Suffolk County Clerk,
Ann Marie Sullivan, The Mental
Health Commissioner for N.Y.S., De-
fendants-Appellees,

John Doe(s), #1–20, Defendants.

No. 17-144-cv

United States Court of Appeals,
Second Circuit.

October 2, 2017.

FOR APPELLANTS: DEBORAH LAMB,
pro se, John Mecca, pro se, Kings Park,
NY.

FOR STATE APPELLEES: SCOTT A.
EISMAN (Barbara D. Underwood, Solicitor
General, Steven C. Wu, Deputy Solicitor
General, David Lawrence III, Assistant
Solicitor General, on the brief), for Eric T.
Schneiderman, Attorney General for the
State of New York, New York, NY.

FOR COUNTY APPELLEES: Christo-
pher A. Jeffreys, Assistant County Attor-
ney, for Dennis M. Brown, Suffolk County
Attorney, Hauppauge, NY.

PRESENT: RAYMOND J. LOHIER,
JR., CHRISTOPHER F. DRONEY,
Circuit Judges, JED S. RAKOFF, District
Judge.*

---

* Judge Jed S. Rakoff, of the United States Dis-
trict Court for the Southern District of New York, sitting by designation.

**2**

## SUMMARY ORDER

Appellants Deborah Lamb and John Mecca, proceeding pro se, appeal from a judgment of the District Court (Seybert, J.) sua sponte dismissing their suit brought under 42 U.S.C. § 1983. We assume the parties' familiarity with the facts and record of the prior proceedings, to which we refer only as necessary to explain our decision to affirm.

We have not yet addressed whether we review de novo or for abuse of discretion a district court's sua sponte dismissal of a complaint for frivolousness where the litigant has paid the filing fee. Fitzgerald v. First E. Seventh St. Tenants Corp., 221 F.3d 362, 364 & n.2 (2d Cir. 2000). We need not reach that issue here because the District Court's decision "easily passes muster under the more rigorous de novo review." Id. at 364 n.2. A claim is frivolous "where it lacks an arguable basis either in law or in fact." Neitzke v. Williams, 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989). District courts should generally not dismiss a pro se complaint without permitting at least one opportunity to amend, but granting leave to amend is not necessary when it would be futile. See Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000).

Upon review, we find no error in the District Court's dismissal of appellants' complaint because, even when read with the "special solicitude" due pro se pleadings, Triestman v. Fed. Bureau of Prisons, 470 F.3d 471, 475 (2d Cir. 2006), their allegations "rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them," Denton v. Hernandez, 504 U.S. 25, 33, 112 S.Ct. 1728, 118 L.Ed.2d 340 (1992). And given the wholly incredible nature of the alleged facts upon which appellants' claims are based, the District Court reasonably concluded that

granting leave to amend would be futile. See Cuoco, 222 F.3d at 112.

We have considered appellants' remaining arguments and conclude that they are without merit. Accordingly, we AFFIRM the District Court's judgment.